# IONNO & HIGBEE
## ATTORNEYS AT LAW, LLC

———•◦•———

**Sebastian B. Ionno**
sebastian@ionnolaw.com
David Michelson, Esq.

140 SOUTH BROADWAY, SUITE FIVE
PITMAN, NEW JERSEY 08071
TEL: (856) 553-6810 • FAX: (856) 553-6821
WWW.IONNOLAW.COM

**D. Rebecca Higbee**
rebecca@ionnolaw.com

December 28, 2018

**VIA E COURTS**

Honorable Joel Schneider, U.S.M.J.
United States District Court
District of New Jersey
Mitchell H. Cohen Building and U.S. Courthouse
Camden, NJ 08101

      Re: **James Monaghan v. County of Gloucester, et al.**
          **District Court of NJ: 1:18-CV-15166**

Dear Judge Schneider:

      This office represents the plaintiff in the above captioned matter. This is a matter that was filed under USERRA in which the plaintiff alleges he was subjected to discrimination/retaliation because of his military service and training. The plaintiff is scheduled to be deployed to Qatar next month for approximately seven (7) months. In light of this, it is respectfully requested that Your Honor stay until he returns to the United States. I have spoken to my adversary Christine O'Hearn, Esquire regarding this and she has no objection to the request.

      Your Honor's kind attention and response is deeply appreciated.

                                  Respectfully Submitted,
                                  IONNO & HIGBEE, LLC

                            BY: _____
                                  SEBASTIAN B. IONNO, ESQUIRE

SBI/dt
CC: Christine O'Hearn, Esquire (Via Pacer)
      James Monaghan (via email)

*[Handwritten order:]* The above-captioned case is hereby ADMINISTRATIVELY TERMINATED with leave to return this case to the active docket upon Plaintiff's return from overseas deployment. SO ORDERED this 2nd of January, 2019.

*[Signature]*