THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| **JAMES MONAGHAN,**<br><br>               Plaintiff,<br><br>    v.<br><br>**COUNTY OF GLOUCESTER et al.,**<br><br>               Defendants. | Civil No. 18-15166 (RMB/SAK) |

**SCHEDULING ORDER FOR FINAL PRETRIAL CONFERENCE**

       The Court having received and reviewed the June 24, 2022 letter [ECF No. 73] submitted on behalf of all parties by Sean P. O'Brien, Esquire, counsel for Defendants, regarding the parties' interest in a settlement conference; and the Court having been advised that Defendants do not seek a settlement conference at this time; and good cause appearing;

       **IT IS** this **5th** day of **July, 2022**, hereby **ORDERED**:

       1.    The July 28, 2022 telephone status conference is **ADJOURNED** and converted into the Final Pretrial Conference on **August 18, 2022 at 2:00 p.m.** The form Joint Final Pretrial Order, as signed by all counsel, shall be delivered to the Court by **August 11, 2022**. Plaintiff's portion of the proposed order shall be prepared and sent to defense counsel no later than **July 18, 2022**. Defendants' portion of the proposed order shall be prepared and returned to counsel for Plaintiff no later than **August 1, 2022**. Counsel shall dial **1-888-278-0296, Access Code 2961061#** to connect to the call.

       2.    Any application for an extension of time beyond the deadlines set herein shall be made in writing to the undersigned and served upon all counsel prior to expiration of the period sought to be extended, and shall disclose in the application all such extensions previously obtained, the precise reasons necessitating the application showing good cause under FED. R. CIV. P. 16(b), and whether adversary counsel agree with the application. The schedule set herein will not be extended unless good cause is shown.

**TRIAL COUNSEL MUST APPEAR AT THE FINAL PRETRIAL CONFERENCE UNLESS SPECIFICALLY EXCUSED BY THE COURT. FED. R. CIV. P. 16(d).**

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

s/ Sharon A. King
SHARON A. KING
United States Magistrate Judge

cc: Hon. Renée M. Bumb, U.S.D.J.