# BROWN & CONNERY, LLP

ATTORNEYS AT LAW
360 HADDON AVENUE
WESTMONT, NEW JERSEY 08108
(856) 854-8900
FAX (856) 858-4967

William F. Cook, Esquire
wcook@brownconnery.com

September 12, 2022

SO ORDERED this 13th day
of September 2022.

_Sharon A. King_
Sharon A. King, USMJ

**VIA ECF**
**Honorable Sharon A. King, U.S.M.J.**
United States District Court
District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
Camden, New Jersey 08101

Re: **Monaghan v. County of Gloucester**
    **Civil Action No.: 1:18-cv-15166**

Dear Judge King:

This office represents Defendant County of Gloucester with regards to the above-referenced matter.[1] Kindly accept this letter in connection with the settlement conference that is scheduled for September 27, 2022 at 2:00 P.M.

Pursuant to the Court's Order scheduling the settlement conference (ECF No. 76), clients are required to attend the settlement conference. Due to an availability issue, we are respectfully requesting permission to have our client available by telephone during the conference. We will make certain that the client is fully prepared for the conference and reachable at any time during the conference. Alternatively, if this is not acceptable, we would request an adjournment to the first week of October so that the client is available in-person. We conferred with Plaintiff's counsel as to whether an adjournment would be acceptable and counsel consents.

Thank you.

Respectfully submitted,

BROWN & CONNERY, LLP

_/s/ William F. Cook_
William F. Cook, Esq.

WFC/sob
cc: All Record Counsel *(via ECF)*

---

[1] We also represent August E. Knestaut, who was dismissed from this matter on summary judgment and is no longer a party to this action.

7151309